IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–01980–MSK–KMT

CORA GRESS,

    Plaintiff,

v.

ALBUQUERQUE COLLECTION SERVICE, INC., dba THE ADVANTAGE GROUP,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Stipulated Motion to Amend Complaint and Case Caption" (Doc. No. 7, filed November 10, 2010) is GRANTED. Plaintiff shall file her Amended Complaint on or before November 15, 2010.

Dated: November 12, 2010